UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VC MACON, GA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:18-cv-00385-TES |
| VIRGINIA COLLEGE, LLC, | ) |
| Defendant. | ) |

## PLAINTIFF VC MACON, GA, LLC'S
## EMERGENCY MOTION FOR HEARING ON RELIEF UNDER REMOVED ACTION

COMES NOW, Plaintiff VC Macon, GA, LLC (hereinafter the "Plaintiff"), and moves for a hearing on the merits of the removed action from the State Court of Bibb County. As grounds for this Motion, Plaintiff shows that immediate and irreparable injury and damage will result to Plaintiff if such hearing is delayed.

Plaintiff shows that Defendant Virginia College, LLC ("Defendant") is a tenant and Plaintiff is landlord under written leases, that Defendant is in default under such leases as the result among other things of the failure to pay rent, Defendant is indebted to Plaintiff in the total amount of $183,334.45 for the months of September and October 2018, that Defendant has failed to cure such default but remains in the premises and is operating its business, and that Defendant has informed Plaintiff in writing of Defendants intent to unilaterally terminate the leases and prematurely remove its property from the premises. This is the exact type of event for which the distress warrant in underlying Bibb State Court action is designed to address.

In support of this Motion, Plaintiff submits herewith his brief containing argument and citation of authorities.

WHEREFORE, Plaintiff prays that his Motion be granted and that an emergency hearing immediately be set before the court in which the claim of Plaintiff under the Distress Warrant action shall be heard, that Plaintiff be awarded the relief sought under the Distress Warrant action, that Plaintiff be awarded its damages and fees, including without limitation attorney's fees and court costs, and for such other relief as is just and proper.

Respectfully submitted this 19th day of October, 2018.

**FLYNN & GOTTLIEB, P.A.**

/s/ Jon A. Gottlieb
Jon A. Gottlieb, Esq.
Georgia Bar No. 303060
Attorneys for Plaintiff VC Macon, GA, LLC

**FLYNN & GOTTLIEB, P.A.**
800 Johnson Ferry Road, N.E.
Atlanta, Georgia 30342-1417
Tel: (404) 497-8000
Fax: (404) 497-8009
Email: jong@lawfg.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed **PLAINTIFF VC MACON, GA, LLC'S EMERGENCY MOTION FOR HEARING ON RELIEF UNDER REMOVED ACTION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Alexander B. Feinberg
Maynard Cooper & Gale
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
afeinberg@maynardcooper.com

This 19th day of October, 2018.

/s/ Jon A. Gottlieb
Jon A. Gottlieb, Esq.
Georgia Bar No. 303060
Attorney for Plaintiff VC Macon, GA, LLC

**FLYNN & GOTTLIEB, P.A.**
800 Johnson Ferry Road, N.E.
Atlanta, Georgia 30342-1417
Tel: (404) 497-8000
Fax: (404) 497-8009
Email: jong@lawfg.com