IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VC MACON, GA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) NO. 5:18-CV-00385-TES |
| | ) |
| VIRGINIA COLLEGE, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff VC Macon, GA, LLC filed this action to recover rent allegedly owed by Defendant Virginia College, LLC. The parties have informed the Court that this action is subject to a Temporary Restraining Order entered by the United States District Court for the Northern District of Alabama in the case captioned *Education Corporation of America, et. al. v. United States Department of Education, et. al.*, Civil Action No. 2:18-CV-01698-AKK. Pursuant to the Order entered by the Northern District of Alabama, this Court has determined that this action must be stayed. Therefore, it is hereby ORDERED that this action is hereby STAYED until further order of this Court.

DONE AND ORDERED, this **22** day of **Oct**, 2018.

_____
Tilman E. Self
Judge, United States District Court